UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| WES JOHNSON, | ) | 3:05-CV-0321-RAM |
| | ) | |
|     Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | May 21, 2008 |
| | ) | |
| WELLS FARGO HOME MORTGAGE, INC., a California corporation, dba AMERICA'S SERVICING COMPANY, et al., | ) ) ) ) | |
| | ) | |
|     Defendants. | ) | |

PRESENT:   <u>THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE</u>

DEPUTY CLERK:   <u>JENNIFER COTTER</u>       REPORTER:   <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):   <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):   <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

    Defendant has filed a Motion to Compel Production of Privilege Log (Doc. #148). Plaintiff has responded to the Motion (Doc. #150) and Defendant has replied (Doc. #152). Defendant's Motion has merit and will be granted.

    Plaintiff shall prepare and serve a privilege log which comports with the requirements set forth in *Nevada Power Co. v. Monsanto Co.*, 151 F.R.D. 118 (D.Nev. 1993), footnote 5 within ten (10) days of the date of this order.

    **IT IS SO ORDERED.**

                                                                LANCE S. WILSON, CLERK

                                                               By:   <u>/s/</u>
                                                                          Deputy Clerk