```
_____ FILED        _____ RECEIVED
_____ ENTERED      _____ SERVED ON
                   COUNSEL/PARTIES OF RECORD

           APR 27 2009

      CLERK US DISTRICT COURT
        DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEVADA

WES JOHNSON,

    Plaintiff,

vs.

WELLS FARGO HOME MORTGAGE INC., a California Corporation, dba AMERICA'S SERVICING COMPANY,

    Defendant(s).

CASE NO: CV-N-05-0321-ECR-RAM

**JUDGMENT AND ORDER CONFIRMING ARBITRATION AWARD**

Date:
Time:
Dept:

The Court has made a determination that an arbitration award has been made in favor of Plaintiff, WES JOHNSON, and against defendant WELLS FARGO HOME MORTGAGE INC., a California Corporation, dba AMERICA'S SERVICING COMPANY, in the an amount of $762,787.26 ("Award"). Accordingly, the Court enters its order confirming the Award.

////

////

////

Law Offices of
Tory M. Pankopf, Ltd.
611 Sierra Rose Drive
Reno, NV 89511
(530) 725-8263

- 1 -

Judgment and Order Confirming Arbitration Award

1 **IT IS SO ORDERED.**

3     The Court enters judgment for Plaintiff, WES JOHNSON, and against defendant WELLS FARGO HOME MORTGAGE INC., a California Corporation, dba AMERICA'S SERVICING COMPANY, in the an amount of $~~362,585.26~~ 725,718.11 ("Judgment").

7 **JUDGMENT IS SO ENTERED.**

9 Dated: April 27, 2009

                                              _____
                                              United States District Court
                                              Magistrate Judge

Law Offices of
Tory M. Pankopf, Ltd.
611 Sierra Rose Drive
Reno, NV 89511
(530) 725-8263

- 2 -

Judgment and Order Confirming Arbitration Award