PAUL A. MATTEONI, Bar No. 3486
S. PAUL EDWARDS, Bar No. 10033
**LEWIS and ROCA, LLP**
Bank of America Plaza
50 West Liberty Street, Ste. 410
Reno, Nevada 89501
Telephone: (775) 823-2900
Facsimile:  (775) 823-2929
pmatteoni@lrlaw.com
pedwards@lrlaw.com

Attorneys for Wells Fargo Bank, N.A.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| WES JOHNSON,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>WELLS FARGO HOME MORTGAGE, INC., a California Corporation, dba AMERICA'S SERVICING COMPANY, and DOES 1 through 20, inclusive<br><br>　　　　　Defendants. | Case No. CV-N-05-0321-ECR-RAM<br><br>**NOTICE OF INTENT TO FILE SUPPLEMENTAL BRIEFING AND REQUEST FOR BRIEFING SCHEDULE** |

　　　Pursuant to the Court's Order entered in the above-entitled matter on March 25, 2011, Wells Fargo Home Mortgage, Inc., by and through its attorney of record Paul A. Matteoni, Esq. of the law firm of Lewis and Roca, LLP, hereby notifies the Court of Well Fargo's intent to file supplemental briefing.  Wells Fargo requests that a briefing schedule be ordered by the Court and suggests a time period of thirty (30) days for Wells Fargo to file its initial supplemental brief, a period of fifteen (15) days thereafter for Plaintiff to file any response thereto, and an additional fifteen (15) day for any reply brief by Wells Fargo.

　　　DATED this 6th day of April, 2011

LEWIS AND ROCA LLP

By: _/s/ Paul A. Matteoni_
PAUL A. MATTEONI, ESQ.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: _____ April 7, 2011

1

131577.1

## CERTIFICATE OF SERVICE

I certify that I am an employee of Lewis and Roca LLP and on the 6th day of April, 2011, I served a true and correct copy of the forgoing **NOTICE OF INTENT TO FILE SUPPLEMENTAL BRIEFING AND REQUEST FOR BRIEFING SCHEDULE** via electronic service and U.S. mail to the following:

Tory M. Pankopf, Esq.
611 Sierra Rose
Reno, NV  89511

      /s/ Kristy Schaaf
An Employee of Lewis and Roca LLP

Lewis and Roca LLP
Bank of America Plaza
50 West Liberty Street,
Suite 410
Reno, Nevada 89501
(775) 823-2900

2

131577.1