TORY M. PANKOPF, ESQ., SBN 7477
TORY M. PANKOPF, LTD.
10471 Double R Blvd., Ste. C
Reno, Nevada 89521
Telephone: (775) 384-6956
Facsimile:  (775) 384-6958
tppankopf@sbcglobal.net

Attorneys for Plaintiff,
WES JOHNSON

```
____ FILED            ____ RECEIVED
____ ENTERED          ____ SERVED ON
              COUNSEL/PARTIES OF RECORD

              MAY 3 1 2011

         CLERK US DISTRICT COURT
            DISTRICT OF NEVADA
BY: _____ DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WES JOHNSON,<br><br>           Plaintiff,<br><br>vs.<br><br>WELLS FARGO HOME MORTGAGE INC., a California Corporation, dba AMERICA'S SERVICING COMPANY, et. al.,<br><br>           Defendants. | CASE NO:  CV-N-05-0321-ECR-RAM<br><br>**APPLICATION FOR EXTENSION OF TIME TO FILE RESPONSE TO WELLS FARGO'S SUPPLEMENTAL BRIEF AND [PROPOSED] ORDER**<br><br>**SECOND REQUEST**<br><br>Hearing Date:<br>Time:<br>Ctrm: |

Plaintiff, WES JOHNSON ("Plaintiff"), pursuant to Local Rule 6-1, moves this Court for an order extending the time to file his response to Defendant WELLS FARGO HOME MORTGAGE, INC, ("Defendant") Supplemental Brief, filed on May 6, 2011.

Plaintiff's response was due Monday, May 24, 2011. Plaintiff requested an extension until today May 27, 2011.  Plaintiff respectfully requests another extension of 3 days to file his response on Tuesday, May 31, 2011.

Plaintiff needs the additional time to brief two new issues raised by Defendant and to finalize his response.  Counsel will be able to provide his client's response within the time frame requested.

- 1 -

APPLICATION FOR EXTENSION OF TIME AND ORDER

Law Offices of
Tory M. Pankopf, Ltd
10471 Double R Boulevard
Suite C
Reno, NV 89521
(775) 384-6956

1    As such, the Plaintiff respectfully requests another extension to Tuesday, May 31, 2011.

2

3   DATED: May 27, 2011                    **TORY M. PANKOPF LTD.**

4

5

6                                          BY: /S/ TORY M. PANKOPF
                                           *Attorney for Plaintiff*
7                                          WES JOHNSON

8

9

10   Plaintiff's request for an extension of time to file his response on Tuesday, May 31,

11   2011, is granted.

12   **IT IS SO ORDERED.**

13

14
     DATED: May 31, 2011.
15

16

17                                         _____
                                           UNITED STATES MAGISTRATE JUDGE
18

19

20

21

22

23

24

25

26

27

28

Law Offices of
Tory M. Pankopf, Ltd.
10471 Double R Boulevard
Suite C
Reno, NV 89521
(775) 384-6956

- 2 -

APPLICATION FOR EXTENSION OF TIME AND ORDER