AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

WES JOHNSON,

      Plaintiff,

  V.

WELLS FARGO HOME MORTGAGE, INC., a California corporation dba AMERICA'S SERVICING COMPANY, et al.,

      Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:05-CV-00321-RAM**

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

___   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiff Wes Johnson, and against Defendant Wells Fargo Bank, N.A., in the amount of $720,308.11.

  August 18, 2011                             **LANCE S. WILSON**
                                                       Clerk

                                                  /s/ D. R. Morgan
                                                    Deputy Clerk